IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-53-D

MARGARET REAVES, )
)
          Plaintiff, )
)
v. )     **ORDER**
)
NATIONSTAR MORTGAGE, INC., )
U.S. BANK, N.A., and WELLS )
FARGO BANK, N.A., )
)
          Defendants. )

On March 19, 2018, defendants Nationstar Mortgage LLC and U.S. Bank, N.A. ("collectively defendants") moved to dismiss Margaret Reaves's ("Reaves" or "plaintiff") complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [D.E. 10] and filed a memorandum in support [D.E. 11]. Essentially, Reaves seeks to challenge a foreclosure order entered in Wake County Superior Court on November 15, 2017. See [D.E. 1]. Reaves is litigating that foreclosure order in state court. See [D.E. 11] 6.

The Rooker-Feldman doctrine bars this court from reviewing the propriety of the foreclosure order. See, e.g., Locklear v. Fed. Home Mortg. Corp., No. 7:16-CV-344-D, 2017 WL 1737634, at *1–3 (E.D.N.C. May 1, 2017) (unpublished); Carmichael v. Irwin Mortg. Corp., No. 5:14-CV-122-D, 2015 WL 12851584, at *2–3 (E.D.N.C. May 20, 2015) (unpublished); Ashford v. Countrywide Home Loans, No. 7:10-CV-162-D, 2010 WL 4117402, at *1 (E.D.N.C. Oct. 18, 2010) (unpublished). Thus, the court grants defendants' motion to dismiss under Rule 12(b)(1). Alternatively, the court grants the motion to dismiss under Rule 12(b)(6). See Locklear, 2017 WL 1737634, at *3–4; Carmichael, 2015 WL 12851584, at *3–4.

In sum, the court GRANTS defendants' motion to dismiss [D.E. 10] and DISMISSES the complaint without prejudice.

SO ORDERED. This 18 day of December 2018.

                                                JAMES C. DEVER III
                                                United States District Judge