IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-53-D

| | | |
|---|---|---|
| MARGARET REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NATIONSTAR MORTGAGE, INC., | ) | |
| U.S. BANK, N.A., and WELLS | ) | |
| FARGO BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

On May 23, 2018, Wells Fargo Bank, N.A. ("Wells Fargo" or "defendant") moved to dismiss Margaret Reaves's ("Reaves" or "plaintiff") complaint pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(2), (4), and (5) [D.E. 16] and filed a memorandum in support [D.E. 17]. Having reviewed the entire record and governing law, Reaves did not properly serve Wells Fargo. See [D.E. 17]. Thus, the court GRANTS Wells Fargo's motion to dismiss [D.E. 16] and DISMISSES the complaint without prejudice. The court DENIES as baseless Reaves's motion for entry of default [D.E. 19] and motion for default [D.E. 24].

SO ORDERED. This 28 day of December 2018.

JAMES C. DEVER III
United States District Judge