UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARGARET REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-53-D** |
| ) | |
| NATION STAR MORTGAGE, INC., U.S. BANK | |
| N.A., and WELLS FARGO BANK N.A., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 1 0] and DISMISSES the complaint without prejudice. It is FURTHER ORDERED that the court GRANTS Wells Fargo's motion to dismiss [D.E. 16] and DISMISSES the complaint without prejudice. The court DENIES as baseless Reaves's motion for entry of default [D.E. 19] and motion for default [D.E. 24].

**This Judgment Filed and Entered on December 28, 2018, and Copies To:**

| | |
|---|---|
| Margaret Reaves | (Sent to 604 Sardis Drive Raleigh, NC 27603 via US Mail) |
| Brian A. Calub | (via CM/ECF electronic notification) |
| Danielle Kara Greco | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| December 28, 2018 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |